UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
DAWNI NASSER JAMIL,　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Plaintiff,　　　　　　　　　 :　　**ECF CASE**
　　　　　　　　　　　　　　　　　　　　　:
　v.　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　:　　08 Civ. 1946 (BSJ)
MICHAEL CHERTOFF, et al.,　　　　　　　　 :
　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　Defendants.　　　　　　　　　:　　NOTICE OF APPEARANCE
------------------------------------------------------------ x

TO:　Clerk of Court
　　　United States District Court
　　　Southern District of New York

　　　The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:　New York, New York
　　　　March 12, 2008

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. GARCIA
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney for the
　　　　　　　　　　　　　　　　　　　　　　　Southern District of New York

　　　　　　　　　　　　　　　　　　By:　　/s/_____
　　　　　　　　　　　　　　　　　　　　　　F. JAMES LOPREST, JR.
　　　　　　　　　　　　　　　　　　　　　　Special Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　86 Chambers Street, 3rd Floor
　　　　　　　　　　　　　　　　　　　　　　New York, New York 10007
　　　　　　　　　　　　　　　　　　　　　　Telephone: (212) 637-2728
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (212) 637-2786
　　　　　　　　　　　　　　　　　　　　　　Email: james.loprest@usdoj.gov

TO:　Kevin W. Jones
　　　225 Broadway, Suite 1901
　　　New York, NY 10007