MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By:    F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, New York 10007
Tel. No.: (212) 637-2728

**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

NASER DAWANI,

                Plaintiff,

                - v. -

MICHAEL CHERTOFF, et al.,

                Defendants.
-----------------------------------------------------------x

STIPULATION AND ORDER OF
SETTLEMENT AND DISMISSAL

08 Civ. 1946 (BSJ)

        WHEREAS United States Citizenship and Immigration Services has approved plaintiff's naturalization application and scheduled a ceremony for him to be sworn in as a naturalized citizen of the United States;

        IT IS STIPULATED AND AGREED, by and between the undersigned parties, that the above-referenced action be, and hereby is, dismissed as moot, without costs or attorney's fees to any party.

Dated:   New York, New York
           May 23, 2008

KEVIN W. JONES, ESQ.
Attorney for Plaintiff
225 Broadway, Suite 1901
New York, NY 10007
Tel. No.: (212) 766-9696

Dated:   New York, New York
           May 27, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendants

By:

F. JAMES LOPREST, JR.
Special Assistant United States Attorney
86 Chambers Street, 4th Floor
New York, NY 10007
Tel. No.: (212) 637-2728

SO ORDERED:

HON. BARBARA S. JONES
UNITED STATES DISTRICT JUDGE

June 2, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/2/08

A74 884 827